## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

CAROL WIATROWSKI and
CHRISTINE KELLY,

      Plaintiffs,

v.                                                    Case No: 5:14-cv-442-Oc-30PRL

ISLAND DRYWALL & FRAMING, INC.
and CAROL KEMP,

      Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal of Action With Prejudice

(Dkt. #14).   Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.      This cause is dismissed with prejudice.

    2.      All pending motions are denied as moot.

    3.      The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 18th day of February, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\14-cv-442 dismiss 14.docx